THE STATE OF WASHINGTON, *Respondent,* v. SHARON L. STONE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 74133, Herbert M. Stephens, J., entered June

2, 1976. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Andersen, JJ.